**MINUTE ENTRY FOR SETTLEMENT**

TO: Docketing

FROM: Magistrate Judge N. Reid Neureiter

DATE: August 25, 2023

RE: CIVIL DOCKET FOR CASE #: 21-cv-02340-CMA-NRN
<u>Tanner v. Campbell, et al</u>

___ A settlement conference was held on _____ and no settlement was reached as to any claims in this action.

___ Another Settlement Conference set for _____

Updated Confidential Settlement Statements are due on or before _____.

☐ in accordance with the Court's Instructions

_X_ A settlement conference was held on this date, and a settlement was reached as to

_X_ All claims in this action. The parties shall file dismissal papers on or before <u>November 8, 2023</u>.

___ Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before _____.

Settlement conference and preparation time involved: 11 hours.

___ A record was made       _x_ No record was made

* * * * * * * * * * * * * * * *

___ Supplemental settlement negotiations were held in the above-captioned case.

Negotiation time involved: _ hours _ minutes