IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-2340-CMA-NRN

CHRISTOPHER TANNER, an individual,

      Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
ZACHARY A. CAMPBELL, NP, individually;
JILL M. MANNON, individually;
ALLA SHKOLNIK, individually;
TINA CULLYFORD, HSA, individually;

      Defendants.

---

**STIPULATED MOTION TO DISMISS ZACHARY A. CAMPBELL, NP, JILL M. MANNON, ALLA SHKOLNIK AND TINA CULLYFORD, HSA**

---

      Plaintiff and Defendants, through their respective counsel, hereby submit the following Stipulated Motion to Dismiss Defendants Zachary A. Campbell, NP, Jill M. Mannon, Alla Shkolnik and Tina Cullyford, HSA with prejudice.

      1.    Plaintiff and all defendants stipulate to the dismissal of the individual defendants, each party to pay their attorneys' fees and costs.

      2.    The parties request the Court make a corresponding change to the caption of the matter so that the matter will hereinafter be referred to as *Christopher Tanner v. Colorado Department of Corrections*.

      WHEREFORE the parties jointly move to dismiss Zachary A. Campbell, Jill M. Mannon, Alla Shkolnik, and Tina Cullyford, each party of pay his or her own attorney's fees and costs, and to change the caption accordingly.

Respectfully submitted this 18th day of October, 2023.

| | |
|---|---|
| */s/ Anna Holland Edwards*<br>Anna Holland Edwards<br>Erica Grossman<br>HOLLAND, HOLLAND EDWARDS & GROSSMAN<br>1437 High Street<br>Denver, CO 80218<br>anna@hheglaw.com<br>*Attorneys for Plaintiff* | */s/ Matthew R. Laird*<br>Matthew R. Laird<br>Isobel S. Thomas<br>THOMAS KEEL & LAIRD, LLC<br>50 S. Steele Street, Suite 450<br>Denver, CO 80209<br>mlaird@thomaskeel.com<br>*Attorneys for Plaintiff* |
| */s/ Scott Neckers*<br>Scott Neckers<br>Lindsey Jay<br>OVERTURF MCGATH & HULL, P.C.<br>lwj@omhlaw.com<br>san@omhlaw.com<br>*Attorneys for Defendant Cullyford* | */s/ Ann Smith*<br>Ann Smith<br>Gordan Vaughn<br>VAUGHAN & DEMURO<br>gvaughan@vaughandemuro.com<br>asmith@vaughandemuro.com<br>*Attorneys for Defendant Campbell* |
| */s/ Jennifer White*<br>Debra DeRee<br>Jennifer White<br>PATTERSON RIPPLINGER, P.C.<br>dderee@prpclegal.com<br>jwhite@prpclegal.com<br>*Attorneys for Defendant Mannon* | */s/ Andrew Katarikawe*<br>Andrew Katarikawe<br>Gregory Whitehair<br>COLORADO ATTORNEY GENERAL'S OFFICE<br>Andrew.katarikawe@coag.gov<br>Greg.whitehair@coag.gov<br>*Attorneys for Defendant Shkolnik* |
| */s/ Jennifer H. Hunt*<br>Jennifer H. Hunt<br>COLORADO ATTORNEY GENERAL'S OFFICE<br>Jennifer.hunt@coag.gov<br>*Attorney for Defendant CDOC* | |

# CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of October, 2023, the foregoing was filed using the CM/ECF system. I hereby certify I will send electronic notification of said filing to the following recipients.

Matthew R. Laird
Isobel S. Thomas
THOMAS KEEL & LAIRD, LLC
mlaird@thomaskeel.com
ithomas@thomaskeel.com
*Attorneys for Plaintiff*

Debra DeRee
Jennifer White
PATTERSON RIPPLINGER, P.C.
dderee@prpclegal.com
jwhite@prpclegal.com
*Attorneys for Defendant Mannon*

Lindsey Jay
Scott Neckers
OVERTURF MCGATH & HULL, P.C.
lwj@omhlaw.com
san@omhlaw.com
*Attorneys for Defendant Cullyford*

Gordan Vaughn
Ann Smith
VAUGHAN & DEMURO
gvaughan@vaughandemuro.com
asmith@vaughandemuro.com
*Attorneys for Defendant Campbell*

Andrew Katarikawe
Gregory Whitehair
COLORADO ATTORNEY GENERAL'S OFFICE
Andrew.katarikawe@coag.gov
Greg.whitehair@coag.gov
*Attorneys for Defendant Shkolnik*

/s/ Brooke Thiele-LaForest
Brooke Thiele-LaForest, Paralegal

3