IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 21-cv-02340-CMA-NRN

CHRISTOPHER TANNER,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

**ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER is before the Court on the parties' Stipulated Motion for Dismissal With Prejudice (Doc. # 209).  The Court having reviewed the file and being fully advised in the premises, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay its own costs and attorneys' fees.

DATED:  November 9, 2023

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge